IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

GLORIA GILLARD                                                    PLAINTIFF

vs.                               Civil No. 04-4118

JO ANNE B. BARNHART,
Commissioner, Social Security Administration                   DEFENDANT

## **JUDGMENT**

Comes now the Court on this the 12th day of September, 2005, in accordance with the Memorandum Opinion entered in the above styled case on today's date, and hereby considers, orders, and adjudges that the decision of the Commissioner of the Social Security Administration is affirmed and Plaintiff's Complaint is hereby dismissed with prejudice.

IT IS SO ORDERED.

                                                        /s/Bobby E. Shepherd
                                                        Honorable Bobby E. Shepherd
                                                        United States Magistrate Judge